UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER E. JOHNSON, JR. (#104558)           CIVIL ACTION

VERSUS

BURL CAIN, ET AL.           NO.: 3:98-cv-00806-BAJ-SCR

## RULING AND ORDER

Before the Court is Petitioner's **MOTION UNDER RULE 60(b)(6) TO REOPEN CLOSED CASE FILE FOR DEFECT IN THE PROCEEDINGS (Doc. 41)** and related **MOTION FOR LEAVE OF COURT UNDER RULE 6(a) DISCOVERY (Doc. 42)**. Petitioner's motions are aimed to "challenge[] the Federal Court's determination that his habeas petition was time barred under AEDPA." (Doc. 41 at p. 6).

"Rule 60(b)(6) provides that a court may relieve a party from a final judgment for any . . . reason justifying relief from the operation of the judgment." *Batts v. Tow-Motor Forklift Co.*, 66 F.3d 743, 747 (5th Cir. 1995) (quotation marks and alterations omitted). However, "a movant seeking relief under Rule 60(b)(6) [must] show 'extraordinary circumstances' justifying the reopening of a final judgment." *Gonzalez v. Crosby*, 545 U.S. 524, 535 (2005). "Such circumstances will rarely occur in the habeas context." *Id.*

Petitioner seeks to challenge the Court's original determination that his habeas petition was untimely. (Doc. 41 at p. 6; *see* Doc. 12 at p. 6 (Magistrate

Judge's Report recommending that Petitioner's habeas petition be dismissed as untimely); Doc. 14 (Order adopting Magistrate Judge's Report)). Petitioner has had ample opportunity to raise such arguments and, indeed, has already done so on multiple occasions. (*See, e.g.*, Doc. 13 (Petitioner's objection to the Magistrate Judge's Report); Doc. 16 (Petitioner's request for a certificate of appealability)). Thus, Petitioner has failed to show extraordinary circumstances to justify reopening his case. *Cf. Williams v. Thaler*, 602 F.3d 291, 312 (5th Cir. 2010) (recognizing that "the inability to timely file a habeas petition" is *not* an "extraordinary circumstance" justifying relief under Rule 60(b)(6)). Accordingly,

**IT IS ORDERED** that Petitioner's **MOTION UNDER RULE 60(b)(6) TO REOPEN CLOSED CASE FILE FOR DEFECT IN THE PROCEEDINGS (Doc. 41)** is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Petitioner has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

**IT IS FURTHER ORDERED** that Petitioner's **MOTION FOR LEAVE OF COURT UNDER RULE 6(a) DISCOVERY** is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 2nd day of September 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**